LANKFORD *v*. DOCKERY *et al.*, executors, *et al.*

No. 16989. MARCH 13, 1950. REHEARING DENIED MARCH 27, 1950.

*W. C. Lankford*, for plaintiff.
*R. A. Moore, George H. Mingledorff*, and *Memory & Memory*, for defendants.

ALMAND, Justice. The exception here is to an order sustaining a general demurrer to a complaint for land. In substance, as to land and parties, the action is the same as was involved in *Lankford* v. *Holton*, 205 *Ga.* 476 (53 S. E. 2d, 679). It clearly appears that this is a conscious effort to ignore several previous judgments and decisions of this court, and merits only the obsequy which we hope is final.

*Judgment affirmed. All the Justices concur.*